**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ABDULLAH WHITTINGTON**                                                    **PLAINTIFF**

**v.**                                                                        **No.  4:05CV127-P-A**

**CHRISTOPHER EPPS, ET AL.**                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case

is hereby **DISMISSED** with prejudice as frivolous, counting as a "strike" under  28 U.S.C. §§

1915 (e)(2)(B)(i) and 1915(g).


**SO ORDERED,** this the 29th day of June, 2005.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE